UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE JULIO VARELA,                                Case No. 15-24613-LMI

    Debtor.                                        Chapter 7

_____/

## LSREF2 BARON, LLC'S LIMITED OBJECTION TO TRUSTEE'S MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

LSREF2 BARON, LLC ("LSREF2"), by and through its undersigned counsel, files this limited objection to the Trustee's Motion to Approve Stipulation to Compromise Controversy [Doc. No. 47] (the "Motion"), and would show the Court as follows:

### BACKGROUND

1.    The Motion proposes to resolve the value of the Debtor's non-exempt interest in Bella Fiore, LLC, a Florida limited liability company, for $18,000.00.  If the Debtor complies with the terms of the stipulation, then the Trustee will, among other things, not object to the Debtor's claimed exemptions and will not object to the granting of a discharge to the Debtor.

2.    LSREF2's interest in this case stems from a Final Judgment of Monetary Damages Following Default in the amount of $1,422,202.58 entered on July 18, 2013 in the Miami Dade Circuit Court against J.J.V. Development Corp. and the Debtor, Julio E. Varela.  A copy of the Final Judgment is attached as Exhibit A.

3.    The Judgment became a lien upon the Debtor's personal property, including his ownership interest in Bella Fiore, LLC, upon the July 29, 2013 filing of a judgment lien certificate bearing document number J13001201194 with the Florida Department of State pursuant to FLA. STAT. §§ 55.201 through 55.203.  A copy of the judgment lien certificate is attached as Exhibit B.  *See In re Stembridge*, 2007 WL 5987119 (Bankr. S.D. Fla. 2007) ("Once

recorded in the registry, a judgment lien constitutes a lien on all of the judgment debtor's personal property located in Florida."); *Olmstead v. F.T.C.*, 44 So. 3d 76, 80 (Fla. 2010) ("An LLC is a type of corporate entity, and an ownership interest in an LLC is personal property that is reasonably understood to fall within the scope of 'corporate stock.'").

## LIMITED OBJECTION

4.      LSREF2 objects to the Motion to the extent that the settlement proposes to resolve a $18,000.00 interest in Bella Fiore, LLC without recognizing LSREF2's security interest in those settlement funds.

WHEREFORE, LSREF2 respectfully requests that the Court enter an order that sustains this limited objection by approving the Motion on the condition that LSREF2 receives any portion of the $18,000.00 of the settlement proceeds that remains after deducting reasonable administrative expenses, and grants such other and further relief as deemed appropriate.

Dated:  December 11, 2015

Respectfully Submitted,

JONES WALKER LLP
  *Attorneys for LSREF2 BARON, LLC*
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Email:  *sdrobny@joneswalker.com*
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710

By:___*/s/ Stephen P. Drobny*_____
        Stephen P. Drobny
        Florida Bar No. 55732

## CERTIFICATE OF SERVICE

I certify that, on this 11th day of December, 2015, a true copy of the foregoing was served on all parties listed on the attached mailing matrix either electronically by CM/ECF or by first class U.S. mail for those parties not receiving notice electronically.

*/s/ Stephen P. Drobny*_____
Stephen P. Drobny

Label Matrix for local noticing
113C-1
Case 15-24613-LMI
Southern District of Florida
Miami
Fri Dec 11 11:10:54 EST 2015

Account Resolution Services
1643 Harrison Parkway, Suite 100
Sunrise, FL 33323-2857

Account Resolution Services
1801 NW 66th Avenue
Fort Lauderdale, FL 33313-4571

Aldridge Connors, LLP
1615 South Congress Avenue, Suite 200
Delray Beach, FL 33445-6326

America's Servicing Company
POB 10328
Des Moines, IA 50306-0328

American Express
POB 360002
Fort Lauderdale, FL 33336-0002

Bank of America
4060 Ogletown Stanton Road
Newark, DE 19713

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Brandsmart
POB 965036
Orlando, FL 32896-5036

Capital One
3455 Highway 80 West
Jackson, MS 39209-7202

Central Financial Control
POB 66044
Anaheim, CA 92816-6044

Chase Auto Finance
Attn: National Bankruptcy Dept.
POB 29505
Phoenix, AZ 85038-9505

Chase Bank USA, N.A.
201 N. Walnut Street
Wilmington, DE 19801-2920

Chase Manhattan Mortgage
Attn: Bankruptcy Dept.
3415 Vision Drive
Columbus, OH 43219-6009

Dynatech Engineering Corp.
750 West 84th Street
Hialeah, FL 33014-3618

Ehrenstein Charbonneau Calderin
501 Brickell Key Drive #300
Miami, FL 33131-2624

GMAC
POB 380901
Bloomington, MN 55438-0901

Gary L. Rapp & Kathlee G. Rapp
655 Moon Ranch Road
Sebring, FL 33870-9479

Greg & Linda Hoover
c/o Pamela T. Karlson, P.A.
301 Dal Hall Blvd.
Lake Placid, FL 33852-6507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JPMorgan Chase - Legal Dept.
POB 9622
Deerfield Beach, FL 33442-9622

John B. Baillie
3480 Rockhouse Road
Linden, TN 37096-6629

Jones Walker, LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131-4341

Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
601 Brickell Key Drive, Suite 500
Miami, FL 33131-2699

LSREF2 BARON, LLC
2711 N. Haskell Avenue, Suite 1700
Dallas, TX 75204-2922

Luciano Isla, Esq.
6625 Miami Lakes Drive East, Suite 424
Miami Lakes, FL 33014-2704

Miami-Dade County Tax Collector
140 West Flagler Street
Miami, FL 33130-1575

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Ocean Bank
c/o Pathman Lewis, LLP
Two South Biscayne Blvd., Suite 2400
Miami, FL 33131-1810

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PNC Bank, N.A.
1 Financial Parkway
Kalamazoo, MI 49009-8002

Pamela T. Karlson, P.A.
301 Dal Hall Blvd.
Lake Placid, FL 33852-6507

Pollack & Rosen, P.A.
800 Douglas Road
North Tower, Suite 450
Coral Gables, FL 33134-3125

Porsche Financial Services
4343 Commerce Court #300
Lisle, IL 60532-3616

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RL REGI-FL VARC, LLC
790 NW 107th Avenue, Suite 400
Miami, FL 33172-3159

Regions Bank
1900 Fifth Avenue North, Suite 2600
Birmingham, AL 35203-2670

Riverside National Bank
POB 1377
Lewiston, ME 04243-1377

Rolando Sanchez-Medina
c/o Crespo, Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134-5150

Royal Commerce Center Condo No. I Etc.
c/o Carlos A. Triay, Esq.
POB 227010
Miami, FL 33222-7010

Royal Oaks Homeowner's Association, Inc
7900 NW 155th Street #205
Miami Lakes, FL 33016-5844

Special Assistant U.S. Attorney
Associate Area Counsel (SBSE) - FTL
Royal Palm Building
1000 S. Pine Island Road #300
Plantation, FL 33324-3910

TD Bank, N.A.
Two Portland Square
Portland, ME 04101-4088

Transatlantic Bank
c/o Steven M. Lee, P.A.
Lee Professional Building
1200 SW 2nd Avenue
Miami, FL 33130-4214

U.S. Attorney General
950 Pennsylvania Avenue, Room 4400
Washington, DC 20530-0001

U.S. Bank National Association, as Trustee o
c/o Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road N.E, Suite 500
Atlanta, GA 30305-1623

United States Attorney
99 NE 4th Street
Miami, FL 33132-2145

Wagner & Hunt, P.A.
POB 934788
Margate, FL 33093-4788

no name on CR Liability

Julio Varela
7964 NW 163rd Terrace
Miami Lakes, FL 33016-6100

Marcia T Dunn
555 NE 15 St, Ste 934-A
Miami, FL 33132-1455

Omar J Arcia
3350 SW 148th Avenue, Suite 405
Miramar, FL 33027-3282

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attention: Recovery Department
4161 Peidmont Parkway
Greensboro, NC 27410

(d)Bank of America
POB 982235
El Paso, TX 79998

Internal Revenue Service
7850 SW 6th Court
Mail Stop 5730
Plantation, FL 33324

```
(d)Internal Revenue Service          Nationstar Mortgage, LLC          Portfolio Recovery Associates, LLC
POB 21126                            Attn: Bankruptcy                  120 Corporate Blvd.
Philadelphia, PA 19114               350 Highland Drive                Norfolk, VA 23502
                                     Lewisville, TX 75067
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as Trustee      (u)Miami                 End of Label Matrix
                                                                            Mailable recipients    52
                                                                            Bypassed recipients     2
                                                                            Total                  54
```

# EXHIBIT A

CFN 2013R0587651 OR BK 28743 Pgs 1444 - 1446; (3pgs)
RECORDED 07/26/2013 14:17:32
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA

3
FJUD
1-2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 13-04096-CA-01

LSREF2 BARON, LLC,

      Plaintiff,

vs.

J.J.V. DEVELOPMENT, CORP.;
and JULIO VARELA,

      Defendants.

_____/

## FINAL JUDGMENT OF MONETARY DAMAGES FOLLOWING DEFAULT

This cause came to be heard on July 18, 2013, upon the motion by Plaintiff, LSREF2 Baron, LLC ("LSREF2"), for final judgment of monetary damages following default against Defendants J.J.V. Development Corp., a Florida corporation ("JJV") and Julio E. Varela, an individual ("Varela"). Upon consideration of the motion, the pleadings, papers, and affidavits on file, and being further advised in the premises, the court:

    1.    GRANTS the motion for final judgment of money damages. The Court finds that it has jurisdiction over the subject matter and the parties.

    2.    Adjudges that plaintiff LSREF2 Baron, LLC, whose address is c/o Hudson Americas, LLC, 2711 N. Haskell Ave., Suite 1800, Dallas, Texas 75204, shall recover from defendants J.J.V. Development Corp., a Florida corporation whose address is c/o Inocencio Gonzalez, 2322 West 78 Street, Hialeah, Florida 33016 and/or 2326 West 78 Street, Hialeah, Florida 33016, and Julio E. Varela whose address is 7964 NW 163 Terrace, Miami, FL 33016, jointly and severally, the following sums:

{M0560808.1}

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

CASE NO. 12-10373 CA 09

| | | | |
|---|---|---|---|
| a) | Principal under the promissory note | $ | 999,902.67 |
| (b) | Note interest through May 31, 2013 | $ | 53,408.59 |
| (c) | Default interest through May 31, 2013 | $ | 319,601.86 |
| (d) | Servicer Advances | $ | 10,503.70 |
| | Subtotal: | $ | 1,383,416.82 |
| (e) | Unpaid fees (including late fees, costs of collection, and attorneys' fees) | $ | 5,180.00 |
| | Total due through May 31, 2013: | $ | 1,388,596.82 |
| (f) | Interest from June 1, 2013 through July 18, 2013 (48 days). | $ | 33,605.76 |
| | **Total due through July 18, 2013:** | **$** | **1,422,202.58** |

The per diem is $700.12.

that shall bear interest at the statutorily prescribed rate, for which let execution issue.

3.      It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

4.      Jurisdiction of this case is retained to enter further judgments and orders that are proper to compel the judgment debtor(s) to complete Form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney; and/or to enforce this Final Judgment of Money Damages and any post-judgment proceedings initiated herein.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Bk 28734 Pg 4740 CFN 20130574185 07/23/2013 08:29:16 Pg 2 of 3 Mia-Dade Cty, FL

BOOK 28743 PAGE 1446
LAST PAGE

CASE NO. 12-10373 CA 09

5.    The Court reserves jurisdiction with respect to plaintiff's claims for attorneys' fees and costs.

JUL 1 8 2013

Ordered at Miami-Dade County, Florida, on _____, 2013.

_____
Circuit Court Judge

ORIGINAL

JUDGE LISA S. WALSH

Copies furnished to:

Michael A. Shaw, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Ste. 2600
Miami, Florida 33131
miamiservice@joneswalker.com
Counsel for plaintiff

```
FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER_____
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
              Judge's Initials_____
```

J.J.V. Development Corp.
c/o Inocencio Gonzalez
2322 West 78 Street
Hialeah, Florida 33016
  Defendant

J.J.V. Development Corp.
c/o Inocencio Gonzalez
2326 West 78 Street
Hialeah, Florida 33016
  Defendant

Julio Varela
7964 NW 163 Terrace
Miami, FL 33016
  Defendant

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. JUL 26 AD 2013
HARVEY RUVIN, Clerk of Circuit and County Courts
       Deputy Clerk _____

{M0560808.1}

3

# EXHIBIT B

# JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION
IS SUBMITTED IN ACCORDANCE WITH s. 55.203, FLORIDA STATUTES.

**DO NOT PHOTOCOPY THIS FORM PRIOR TO USE.
BAR CODE MUST BE LEGIBLE.**

1.  JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF AN INDIVIDUAL, IS:

| Varela | Julio | E |
|---|---|---|
| LAST NAME | FIRST NAME | M. I. |

7964 NW 163 Terrace
MAILING ADDRESS

| Miami | FL | 33016 |
|---|---|---|
| CITY | ST | ZIP |

**J13001201194
FILED
Jul 29, 2013 08:00 A.M.
Secretary of State**
HCMERRYDAY

2.  ADDITIONAL JUDGMENT DEBTOR, IF AN INDIVIDUAL, IS:

| | | |
|---|---|---|
| LAST NAME | FIRST NAME | M. I. |

MAILING ADDRESS

| | | |
|---|---|---|
| CITY | ST | ZIP |

3.  JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF A BUSINESS ENTITY, IS:

J.J.V. Development Corp
BUSINESS ENTITY NAME

2322 West 78th Street
MAILING ADDRESS

| Hialeah | FL | 33016 |
|---|---|---|
| CITY | ST | ZIP |

4.  FEDERAL EMPLOYER IDENTIFICATION NUMBER: 651125624

5.  DEPARTMENT OF STATE DOCUMENT FILE NUMBER: P01000073762

PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE ☐

6.  JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT OR CURRENT OWNER OF JUDGMENT,
    IF ASSIGNED:

LSREF2 Baron, LLC
CREDITOR NAME (S)

c/o Hudson Americas, LLC 2711 N. Haskell Ave., Suit3 1800
MAILING ADDRESS

| Dallas | TX | 75204 |
|---|---|---|
| CITY | ST | ZIP |

J13001201194
07/29/13--01040--005  **25.00

**THIS SPACE FOR USE BY FILING OFFICE**

7.  DEPARTMENT OF STATE DOCUMENT FILE NUMBER: _____

PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE ☑

8.  OWNER'S ATTORNEY OR AUTHORIZED REPRESENTATIVE: (ACKNOWLEDGMENT OF FILING WILL BE SENT
    TO THIS ADDRESS)

Jones Walker LLP
NAME

201 South Biscayne Boulevard Suite 2600
MAILING ADDRESS

| Miami | FL | 33131 |
|---|---|---|
| CITY | ST | ZIP |

**11.** NAME OF COURT:

Cir. Court for 11th Judicial Circuit in and

for Miami-Dade County, FL

**12.** CASE NUMBER:

13-04096-CA-01

9.  AMOUNT DUE ON MONEY JUDGMENT: $1,422,202.58

10. APPLICABLE STATUTORY INTEREST RATE: 4.75%

**13.** DATE OF ENTRY: 07 18 2013
                     MONTH DAY YEAR

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information
set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and,
(4) I have complied with all applicable laws in submitting this Judgment Lien Certificate for filing.

_____
SIGNATURE OF CREDITOR OR AUTHORIZED REPRESENTATIVE

Tony Andre, Esq.
PRINT NAME

**NON-REFUNDABLE PROCESSING FEE:**
JUDGMENT LIEN WITH ONE DEBTOR $ 20.00        EACH ADDITIONAL DEBTOR  $ 5.00
EACH ATTACHED PAGE, IF NECESSARY  $ 5.00

**CERTIFIED COPY REQUESTED  $10.00** ☐

Division of Corporations • P.O. Box 6250 • Tallahassee, Fl 32314 • 850-245-6011
Make Checks Payable to:  Florida Department of State

CR2E091 (04/08)