UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re:                                              :         CASE NO.: 15-24613-LMI
                                                    :
JULIO VARELA,                                       :         CHAPTER 7
                                                    :
    Debtor.                                         :
_____/

## SUMMARY OF FIRST INTERIM FEE APPLICATION OF COUNSEL FOR THE CHAPTER 7 TRUSTEE AND REQUEST FOR HEARING

Name of applicant: **Robert A Angueira, P.A.**

Role of applicant: Counsel to Marcia T. Dunn

Name of certifying professional: Robert A Angueira

Date case filed: August 13, 2015

Date of application for employment: September 18, 2015

Date of Order approving employment Nunc Pro Tunc to September 14, 2015: 9/22/15

Date of This Application: May 3, 2016

Dates of services covered: September 14, 2015 through May 3, 2016

**Fees**

| | |
|---|---|
| **Total gross fees requested for this period** | $4,732.00 |
| **Net amount of fees requested for this period after a 20% hold back:** | $3,785.60 |
| **Expenses** | |
| **Total expense reimbursement requested for this period** | $ 275.28 |
| **Net amount of expense reimbursements requested for this period:** | $ 275.28 |
| **Net award requested (80% of fees and 100% of costs):** | $4,060.88 |

*As of May 3, 2016, the Estate has the amount of $4,955.00 on hand.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-24613-LMI |
| | : | |
| JULIO VARELA, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

**FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND FOR ALLOWANCE OF EXPENSES OF COUNSEL FOR THE TRUSTEE AND REQUEST FOR HEARING**

Robert A Angueira, P.A., attorney for the Chapter 7 Trustee, Marcia T. Dunn, applies for interim compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding between September 14, 2015 and May 3, 2016. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines are:

Exhibit "1" – Summary of Professional and Paraprofessional Time

Exhibit "2" – Summary of Requested Reimbursement of Expenses

Exhibit "3" – The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

**BACKGROUND**

On September 22, 2015, this Court granted the Trustee's Application for Employment of Attorney *nunc pro tunc*, September 14, 2015 (C.P. #24). The majority of work in this case was performed by Robert A Angueira, P.A. Enclosed as Exhibit "3", is a copy of all the time entries in this case that detail all the work that was done. From September 14, 2015 through May 3,

2

2016, Robert A Angueira incurred **$4,732.00** in gross fees and **$275.28** in costs. The applicant is seeking **$3,785.60** which is 80% of the gross fees ($4,732.00 x 80%) and 100% of the costs **$275.28** for a total interim award of **$4,060.88**.

The applicant believes that the requested fees and costs which total **$4,060.88** ($3,785.60 80% OF FEES + $275.28 100% OF COSTS) are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp.</u>, 544 F.2d 1291 (5th Cir. 1977) as follows:

### SUMMARY OF SERVICES PERFORMED

The following is a Summary of Services Performed on behalf of the Trustee in connection with this case:

#### Fee/Employment Application

Preparation, review and filing of retention pleadings. Preparation and review of this fee application.

#### Case Administration and Litigation

Robert A Angueira, P.A. has represented Trustee Dunn in other bankruptcy cases, and many routine case administration procedures required by Trustee Dunn have been handled directly by Trustee Dunn's office.

The Trustee initially hired an attorney in this case to investigate the estate's interest in the personal property listed by the debtors on Schedule B. The undersigned reviewed the Petition, Schedules, Statement of Financial Affairs as well as the documents provided by the debtors to the Trustee. The undersigned determined that a Rule 2004 Examination was appropriate under the facts of the case.

On Schedule B, Item #13, the Debtor listed his interest in Bella Fiore, LLC valued at $0.00 (the "Property"), and the Trustee believed this asset was under-valued by approximately $18,000.00, and the Trustee asserted the Estate's interest in this asset. Based on the testimony during the §341 Meeting of Creditors, the Rule 2004 Examination of the Debtor, a review of the documents provided to the Trustee and other relevant information, the Trustee asserted the estate's interest in the LLC.

The undersigned notes that the Debtor in this case did not want to initially enter into any settlement. The Debtor ultimately agreed to a settlement once the Rule 2004 Examination was conducted. If the Debtor would have agreed to a settlement sooner in the case, the administrative expenses would have been lower.

The undersigned negotiated a settlement that will bring $18,000.00 into the estate without any further litigation. Based on the facts and circumstances in this case, the undersigned believes that the fees and costs requested are reasonable and should be paid in full as requested.

**TIME AND LABOR REQUIRED**:

The time extended by the applicant for legal services furnished the Chapter 7 Trustee as appears on Exhibit "1" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 7 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

**THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED**:

This Chapter 7 proceeding presented several matters that required the services and skill of an experienced bankruptcy attorney.

## THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE:

The applicant devoted substantial time in the representation of the Chapter 7 Trustee as more fully appears on Exhibit "3." The applicant is aware of no other specific employment which was precluded as a result of its accepting this case, but had the applicant not accepted this employment, the time spent in the case would have been spent on other matters which would pay an hourly compensation on a current basis.

## THE CUSTOMARY FEE:

The hourly rate (effective 1/1/16) charged by Robert A Angueira is $450.00 per hour, $210.00 for associates, and $175.00 per hour for paralegals, which is customary for attorneys in the Southern District of Florida of similar skill and experience.

The hourly rate charged for professionals in this bankruptcy are as follows:

| Robert A Angueira (RAA) | Shareholder | $450.00 |
| Rachel L. Ahlum (RLA) | Associate | $310.00 |
| Yanay Galban (YG) | Associate | $210.00 |
| William Treco (WT) | Associate | $160.00 |
| Susan Pantin (SP) | Paralegal | $160.00 |
| Lisa Matkovic (LM) | Paralegal | $175.00 |

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES:

The services performed by the applicant were performed under time constraints imposed by the Chapter 7 Trustee. Therefore, considerable time had to be expended within short

5

periods of time to produce pleadings, responses to other pleadings, and settlement documents, predicated upon the Chapter 7 Trustee's proposed actions to resolve the issues in this bankruptcy estate.

### THE EXPERIENCE, REPUTATION, AND ABILITY OF APPLICANT:

Robert A Angueira has substantial bankruptcy experience and has appeared numerous times before this Court on other matters and his reputation and abilities are well known to this Court. Robert A Angueira was the Assistant U.S. Trustee for the Southern District of Florida from November 1993 through December 2002. The applicant has been a member of the Florida and New York Bar since 1989. Prior to being appointed the Assistant U.S. Trustee for the Southern District of Florida, the applicant worked for almost four years in the Department of Justice Tax Division representing the Internal Revenue Service in bankruptcy matters. Prior to joining the Department of Justice, the applicant was a Senior Manager at the Ernst & Young International Tax Department in New York working as a Certified Public Accountant.

Rachel L. Ahlum has substantial bankruptcy experience and has appeared numerous times before this Court on other matters, and her reputation and abilities are well known to this Court. Ms. Ahlum received her Bachelors of Arts degree in Economics in 2006 from Vanderbilt University in Nashville, Tennessee, and received her Juris Doctorate Degree in 2010 from St. Thomas University School of Law in Miami, Florida. Ms. Ahlum has been admitted to the Florida Bar since September of 2011, and has been admitted to practice before this Court since December of 2011. Prior to her admission to the Florida Bar, Ms. Ahlum worked as a bankruptcy paralegal for three (3) years. In December of 2011, Ms. Ahlum joined the law firm of Robert A. Angueira, P.A., and since that time has been working as an associate attorney in bankruptcy cases representing both Trustees and Debtors.

William A. Treco received his Bachelors of Science degree in Business Administration in 2004 from the University of Central Florida, and received his Juris Doctorate Degree in 2010 from Barry University School of Law in Orlando, Florida. Mr. Treco has been admitted to the Florida Bar since April of 2011, and has been admitted to practice before this Court since January of 2013. In December of 2012, Mr. Treco joined the law firm of Robert A. Angueira, P.A., and until April of 2015, worked as an associate bankruptcy attorney representing both Trustees and Debtors.

Yanay Galban received her Bachelors of Business Administration, Finance and Management from Florida International University in 2008, and received her Juris Doctorate Degree in 2013 from the Saint Thomas University School of Law in Miami, Florida. Ms. Galban has been admitted to the Florida Bar since September of 2013, and has been admitted to practice before this Court since February of 2014. In August of 2015, Ms. Galban joined the law firm of Robert A. Angueira, P.A., and since that time has been working as an associate bankruptcy attorney representing both Trustee and Debtors.

Susan Pantin worked in the law firm of Robert A. Angueira, P.A., as an experienced bankruptcy paralegal from October of 2008 to October 31, 2014. She has broad experience in all facets of Trustee representation. Ms. Pantin received her Bachelors degree in Business Management from the University of South Florida in Tampa, Florida, and previously worked as a licensed Insurance Agent for seventeen (17) years. Ms. Pantin's experience and qualifications in assisting with Trustee representation have been evidenced many times before this Court in other matters.

Lisa Matkovic has worked in the law firm of Robert A. Angueira, P.A., as an experienced bankruptcy paralegal since May of 2003 and has broad experience in all facets of

Trustee representation. Ms. Matkovic's experience and qualifications in assisting with Trustee representation have been evidenced many times before this Court in other matters.

### UNDESIRABILITY OF THE CASE:

The representation of the Chapter 7 Trustee and of this case was not undesirable. The applicant is honored to represent the Trustee in this case.

### THE LEGAL STANDARD:

Under the Bankruptcy Code, the applicable legal standard for determining reasonable compensation is set forth in 11 U.S.C. § 330, which states that reasonable compensation shall be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code, and reimbursement for actual, necessary expenses incurred. All of these criteria have been addressed in this Fee Application, and Robert A Angueira, P.A. respectfully requests that it be granted all fees and expenses requested herein based on the nature and results of its representation of Trustee Dunn, the time invested in this case, and the necessity and reasonableness of the fees and expenses incurred during this period.

WHEREFORE, applicant seeks an interim award of **$3,785.60** (which is 80% of $4,732.00) and 100% of the costs in the amount of **$275.28** for a grand total of **$4,060.88**; together with any other relief the Court deems appropriate under the facts.

Respectfully submitted this __4__ day of May, 2016.

>ROBERT A. ANGUEIRA, P.A.
>6495 S.W. 24 Street
>Miami, Florida 33155
>Tel. (305) 263-3328
>Fax (305) 263-6335
>e-mail rangueir@bellsouth.net
>
>By _____
>ROBERT A. ANGUEIRA
>Florida Bar No. 0833241

# EXHIBIT 1

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $1,832.50 | 4.3 | $450.00 |
| Rachel L. Ahlum | $2,367.00 | 8.1 | $310.00 |
| Yanay Galban | $     0.00 | 0.0 | $210.00 |
| William Treco | $     0.00 | 0.0 | $160.00 |
| Susan Pantin | $     0.00 | 0.0 | $160.00 |
| Lisa Matkovic | $   532.50 | 3.1 | $175.00 |
| **BLENDED HOURLY RATE:** | | | $305.29 |
| **TOTALS** | $4,732.00 | 15.5 | - |

EXHIBIT 1
Blumberg No. 5119

## EXHIBIT 1-B
### Summary of Professional ad Paraprofessional Time
### By Activity Code Category

**ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT APPLICATIONS**

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $ 90.00 | 0.2 | $455.00 |
| Lisa Matkovic | $122.50 | 0.7 | $175.00 |
| TOTALS | $212.50 | 0.9 | |

**ACTIVITY CODE CATEGORY: LITIGATION**

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $1,742.50 | 4.1 | $425.00 |
| Rachel L. Ahlum | $2,367.00 | 8.1 | $310.00 |
| Yanay Galban | $ 0.00 | 0.0 | $210.00 |
| William Treco | $ 0.00 | 0.0 | $160.00 |
| Susan Pantin | $ 0.00 | 0.0 | $160.00 |
| Lisa Matkovic | $ 410.00 | 2.4 | $175.00 |
| TOTALS | $4,519.50 | 14.6 | |

**$4,732.00    15.5**

12

# EXHIBIT 2

## Summary of Requested Reimbursement of Expenses

| 1.  | Filing Fees | $0.00 |
|-----|-------------|-------|
| 2.  | Process Service Fees | $0.00 |
| 3.  | Witness Fees | $0.00 |
| 4.  | Court Reporter Fees and Transcripts | $230.00 |
| 5.  | Lien and Title Searches | $0.00 |
| 6.  | Photocopies 257 @ $.15 | $38.55 |
| 7.  | Postage | $6.73 |
| 8.  | Overnight Delivery Charges | $0.00 |
| 9.  | Outside Courier/Messenger Services | $0.00 |
| 10. | Long Distance Calls | $0.00 |
| 11. | Facsimile Transmissions | $0.00 |
| 12. | Computerized Legal Research | $0.00 |
| 13. | Out of District Travel | $0.00 |
| 14. | Other Permissible Expenses | $0.00 |
|     | **TOTAL EXPENSE REIMBURSEMENT** | **$275.28** |

13

EXHIBIT 2

Blumberg No. 5119

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robert@rabankruptcy.com

6495 S.W. 24th Street
Miami, FL 33155
Tel: 305.263.3328
Fax: 305.263.6335

May 04, 2016

Marcia T. Dunn
555 N.E. 15th Street
Suite 7712
Miami, FL 33132

Project Billing Summary

|  | Fees | Costs | Balance |
|---|---|---|---|
| In Reference To:   Julio Varela - 15-24613-LMI |  |  |  |
| Marcia Dunn.24613 Case Admin<br>In Reference To:   Julio Varela - 15-24613-LMI | $0.00 | $275.28 | $275.28 |
| Marcia Dunn.24613 Fee/Employ<br>In Reference To:   Julio Varela - 15-24613-LMI | $212.50 | $0.00 | $212.50 |
| Marcia Dunn.24613 Litigation | $4,519.50 | $0.00 | $4,519.50 |
| GRAND TOTAL | $4,732.00 | $275.28 | $5,007.28 |

EXHIBIT 3

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robert@rabankruptcy.com

6495 S.W. 24th Street
Miami, FL  33155
Tel:  305.263.3328
Fax: 305.263.6335

May 04, 2016

Marcia T. Dunn
555 N.E. 15th Street
Suite 7712
Miami, FL 33132

In Reference To:   Julio Varela - 15-24613-LMI

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 9/30/2015 | Postage - 9/1/15 - 9/30/15 | 0.97 |
| 10/31/2015 | Postage - 10/1/15 - 10/31/15 | 1.89 |
| 11/4/2015 | Attendance of Court Reporter for Rule 2004 Examination of Juan Varela | 230.00 |
| 11/30/2015 | Postage - 11/1/15 - 11/30/15 | 0.97 |
|  | Copying cost - 11/1/15 - 11/30/15 - 257 @ $.15 | 38.55 |
| 12/31/2015 | Postage - 12/1/15 - 12/31/15 | 1.94 |
| 1/31/2016 | Postage - 1/1/16 - 1/31/16 | 0.96 |
|  | Total costs | $275.28 |
|  | Balance due | $275.28 |

In Reference To:   Julio Varela - 15-24613-LMI

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 5/2/2016  RAA | Preparation and review of First Interim Fee Application. | 0.20 | 90.00 |

Marcia T. Dunn

Julio Varela - 15-24613-LMI

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  |  | 450.00/hr |  |
| 5/2/2016 | LM | Preparation of First Interim Fee Application. | 0.70<br>175.00/hr | 122.50 |
|  |  | For professional services rendered | 0.90 | $212.50 |
|  |  | Balance due |  | $212.50 |

In Reference To:   Julio Varela - 15-24613-LMI

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2015 | RAA | Preparation and review of all attorney retention documents. | 0.40<br>425.00/hr | 170.00 |
| 9/25/2015 | RAA | Preparation and review of Subpoena for Rule 2004 Examination and Notice of Rule 2004 Examination. | 0.70<br>425.00/hr | 297.50 |
| 9/29/2015 | LM | Preparation of Certificate of Service of Order Approving Employment of Trustee's Attorney Nunc Pro Tunc to September 14, 2015. | 0.40<br>170.00/hr | 68.00 |
| 10/2/2015 | LM | Preparation of Certificate of Service of Agreed Order Extending the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge. | 0.40<br>170.00/hr | 68.00 |
| 11/4/2015 | RAA | Conducted Rule 2004 Examination of the Debtor. | 1.50<br>425.00/hr | 637.50 |
| 11/10/2015 | LM | Preparation of Certificate of Service of Agreed Order Extending the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge. | 0.40<br>170.00/hr | 68.00 |
| 11/20/2015 | RAA | Preparation of Stipulation to Compromise Controversy, Motion to Approve Stipulation to Compromise Controversy, Certificate of no Response and related Order.  This settlement will bring $18,000.00 into the estate without any further litigation. | 1.50<br>425.00/hr | 637.50 |
| 12/15/2015 | RLA | Reviewed email from R. Bruckmann (creditor's attorney) regarding objection to 9019 Motion and prepared preliminary response to same advising a substantive reply will be provided later this week. | 0.10<br>280.00/hr | 28.00 |

Marcia T. Dunn

Julio Varela - 15-24613-LMI

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/17/2015 | LM | Preparation of Certificate of Service of Notice of Hearing to consider Motion to Compromise Controversy with the Debtor Filed by Trustee Marcia T. Dunn. | 0.40<br>170.00/hr | 68.00 |
| 12/20/2015 | RLA | Reviewed Trustee's 9019 Motion and the objection thereto filed by creditors LSREFZ BARON LLC (.2). Reviewed public records to confirm basic factual allegations in the Objection (.2). Reviewed section 341 recording and notes from 2004 examination to evaluate disclosures made by Debtor regarding JJV Development LLC (the entity at issue in the creditor's objection) (.4). Conducted due diligence regarding the creditor's alleged secured interest in the settlement funds, including review of FL secured transaction registry; search of judgment lien certificates; and review of recorded documents in Dade County Public Records (.9). Conducted brief legal research regarding secured status issue and potential problems as it relates to 2013 charging lien (.6). Reviewed email from creditor's attorney regarding stock sale agreement from 2009 between Debtor and JJV Corp. as well as detailed review of the stock purchase agreement (.3). Conducted due diligence regarding the sale and probable value of the 5911 property referenced in the agreement which was supposed to provide a mechanism for the Debtor to be paid (1.4). Prepared detailed email to Robert Angueira summarizing all issues regarding (a) the creditor's alleged security interest in the settlement funds; and (b) the creditor's allegation the Debtor had a substantial outstanding A/R regarding the stock sale of the 5911 property (.4). | 4.40<br>280.00/hr | 1,232.00 |
| | RLA | Reviewed email from Debtor's attorney regarding creditor's objection and claims distributions; and prepared brief response to same after reviewing claims register. | 0.30<br>280.00/hr | 84.00 |
| 12/21/2015 | LM | Preparation of Certificate of Service of Agreed Order Extending the Deadlines for Filing Objections to Claimed Exemptions. | 0.40<br>170.00/hr | 68.00 |
| 1/5/2016 | RLA | Preparation and review of the Trustees Response in opposition to the Limited Objection to 9019 Motion filed by creditor LSREF2 Baron LLC, with incorporated memo of law. | 2.60<br>310.00/hr | 806.00 |
| 1/8/2016 | RLA | Reviewed email from R.Bruckmann, as counsel for creditor LSREF2 Baron LLC, re: 9019 Motion and objection thereto filed by Mr. Bruckmanns client (0.1). Prepared proposed agreed order resolving the contested 9019 Motion (0.2); and prepared correspondence to Mr. Bruckman re: and enclosing same to try to avoid the need for a contested hearing on the 9019 Motion on 1/11 (0.1). | 0.50<br>310.00/hr | 155.00 |
| | RLA | Reviewed email from R.Bruckmann with redlined version of 9019 Order enclosed; and prepared response to same. | 0.20<br>310.00/hr | 62.00 |

Marcia T. Dunn
Julio Varela - 15-24613-LMI

Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/14/2016 | LM | Preparation of Certificate of Service of Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy. | 0.40<br>175.00/hr | 70.00 |
|  |  | For professional services rendered | 14.60 | $4,519.50 |
|  |  | Balance due |  | $4,519.50 |

## CERTIFICATION

1.     I am the professional with responsibility in this case for compliance with the current "Guidelines On Fee Applications for Professionals in the Southern District of Florida" (the "Guidelines").

2.     I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3.     The fees and expenses sought are billed at rates and in accordance with the practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.     In seeking reimbursement for the expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extend that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.     In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.     There are no variances in the Application with the provisions of the Guidelines.


                                          _____
                                          ROBERT A. ANGUEIRA
                                          Florida Bar No. 0833241

14

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 4 day of May, 2016, to all parties on the enclosed mailing matrix.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 4 day of May, 2016, to:

- Robert A Angueira rangueir@bellsouth.net, susan@rabankruptcy.com; lillian@rabankruptcy.com; lisa@rabankruptcy.com

- Omar J Arcia yfernandez@arcialawfirm.com

- Alice A Blanco ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

- Marcia T Dunn mdunn@dunnlawpa.com, mdunn@ecf.epiqsystems.com; acastro@dunnlawpa.com; ksotolongo@dunnlawpa.com; rbasnueva@dunnlawpa.com; slebron@dunnlawpa.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24 Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net

By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

10